B6 Summary (Official Form 6 - Summary) (12/07)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## WICHITA FALLS DIVISION

In re **Daniel Cole Cantrell**
**Raynee Amber Cantrell**

Case No.    **10-70010-HDH-13**

Chapter    **13**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $66,332.00 | | |
| B - Personal Property | Yes | 4 | $44,802.32 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $106,967.78 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $2,719.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 4 | | $48,522.99 | |
| G - Exectory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $3,590.93 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $3,113.93 |
| TOTAL | | 18 | $111,134.32 | $158,209.77 | |

Form 6 - Statistical Summary (12/07)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## WICHITA FALLS DIVISION

In re  **Daniel Cole Cantrell**
     **Raynee Amber Cantrell**

Case No.   **10-70010-HDH-13**

Chapter   **13**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $0.00 |
| Student Loan Obligations (from Schedule F) | $22,942.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $0.00 |
| **TOTAL** | **$22,942.00** |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $3,590.93 |
| Average Expenses (from Schedule J, Line 18) | $3,113.93 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $3,570.18 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $2,719.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $0.00 |
| 4. Total from Schedule F | | $48,522.99 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $48,522.99 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re **Daniel Cole Cantrell**
    **Raynee Amber Cantrell**

Case No.   **10-70010-HDH-13**
             (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

    I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of     **20**
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **01/17/2010**

Signature  **/s/ Daniel Cole Cantrell**
                *Daniel Cole Cantrell*

Date  **01/17/2010**

Signature  **/s/ Raynee Amber Cantrell**
                *Raynee Amber Cantrell*

[If joint case, both spouses must sign.]

---

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

B6A (Official Form 6A) (12/07)

In re **Daniel Cole Cantrell**          Case No. **10-70010-HDH-13**
   **Raynee Amber Cantrell**                              (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| 708 S Park Ave, Iowa Park, Wichita Falls, TX Homestead: Lt 7A Blk 157 | Owner | C | $66,332.00 | $66,000.00 |
| | | Total: | $66,332.00 | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re **Daniel Cole Cantrell**                                                Case No.   __10-70010-HDH-13__
     **Raynee Amber Cantrell**                                                                      (if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other finan-cial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and home-stead associations, or credit unions, brokerage houses, or cooperatives. | | Postel Family Credit Union checking and savings account | C | $200.00 |
| | | Animas Credit Union checking account | C | $1.32 |
| | | Animas Credit Union Savings account | C | $1.00 |
| 3. Security deposits with public util-ities, telephone companies, land-lords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | Furniture and furnishings | C | $2,000.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Clothing | C | $400.00 |
| 7. Furs and jewelry. | | Ring | C | $100.00 |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Whole Life Insurance:  $50,000.00 Cash value $900.00 | C | $900.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Daniel Cole Cantrell**
       **Raynee Amber Cantrell**

Case No.  __10-70010-HDH-13__
                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | | |
| 13. Stock and interests in incorpo-rated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Daniel Cole Cantrell**　　　　　　　　　　　　Case No.   **10-70010-HDH-13**
　　　　**Raynee Amber Cantrell**　　　　　　　　　　　　　　　　　　　　(if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2003 Escalade | C | $24,000.00 |
| | | 2005 GMC Canyon | C | $17,200.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Daniel Cole Cantrell**                                       Case No. __**10-70010-HDH-13**__
     **Raynee Amber Cantrell**                                                (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

__3__ continuation sheets attached

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

**Total >** | **$44,802.32**

B6C (Official Form 6C) (12/07)

In re **Daniel Cole Cantrell**                                      Case No.  __10-70010-HDH-13__
**Raynee Amber Cantrell**                                                              (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☒ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $136,875.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| 708 S Park Ave, Iowa Park, Wichita Falls, TX Homestead: Lt 7A Blk 157 | 11 U.S.C. § 522(d)(1) | $332.00 | $66,332.00 |
| Postel Family Credit Union checking and savings account | 11 U.S.C. § 522(d)(5) | $200.00 | $200.00 |
| Animas Credit Union checking account | 11 U.S.C. § 522(d)(5) | $1.32 | $1.32 |
| Animas Credit Union Savings account | 11 U.S.C. § 522(d)(5) | $1.00 | $1.00 |
| Furniture and furnishings | 11 U.S.C. § 522(d)(3) | $2,000.00 | $2,000.00 |
| Clothing | 11 U.S.C. § 522(d)(3) | $400.00 | $400.00 |
| Ring | 11 U.S.C. § 522(d)(4) | $100.00 | $100.00 |
| Whole Life Insurance: $50,000.00 Cash value $900.00 | 11 U.S.C. § 522(d)(7) | $900.00 | $900.00 |
| 2003 Escalade | 11 U.S.C. § 522(d)(2) | $1,579.00 | $24,000.00 |
| 2005 GMC Canyon | 11 U.S.C. § 522(d)(5) | $38.00 | $17,200.00 |
| | | **$5,551.32** | **$111,134.32** |

B6D (Official Form 6D) (12/07)

In re **Daniel Cole Cantrell**  Case No. **10-70010-HDH-13**
 **Raynee Amber Cantrell**  (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: **3930**<br><br>**Allied Home Mortgage Capital Corp**<br>**PO Box 660592**<br>**Dallas, TX 75266-0592** | | C | DATE INCURRED: **10/2009**<br>NATURE OF LIEN:<br>**Mortgage**<br>COLLATERAL:<br>**708 S Park Ave, Iowa Park, Wichita Co, TX**<br>REMARKS:<br>**Taxes and insurance included in payment**<br><br>VALUE: **$66,332.00** | | | | **$66,000.00** | |
| ACCT #: **xxxxxxxxx0010**<br><br>**Animas Credit Union**<br>**850 Municipal Driv**<br>**Farmington, NM 87401** | | C | DATE INCURRED: **01/2008**<br>NATURE OF LIEN:<br>**Automobile-pay direct**<br>COLLATERAL:<br>**2003 Escalade**<br>REMARKS:<br>**pay direct**<br><br>VALUE: **$24,000.00** | | | | **$20,179.00** | |
| ACCT #: **xxxxxxxxx0001**<br><br>**Animas Credit Union**<br>**850 Municipal Driv**<br>**Farmington, NM 87401** | | C | DATE INCURRED: **02/2008**<br>NATURE OF LIEN:<br>**Cross Collateral**<br>COLLATERAL:<br>**Cross Collateral-2003 Escalade**<br>REMARKS:<br><br>VALUE: **$24,000.00** | | | | **$2,242.00** | |
| ACCT #: **xxxxxxxxxxxxx1001**<br><br>**Capital One Auto Finance**<br>**3901 N Dallas Pkwy**<br>**Plano, TX 75093** | | C | DATE INCURRED: **08/2008**<br>NATURE OF LIEN:<br>**Automobile**<br>COLLATERAL:<br>**2005 GMC Canyon**<br>REMARKS:<br><br>VALUE: **$17,200.00** | | | | **$17,162.00** | |
| | | | Subtotal (Total of this Page) > | | | | **$105,583.00** | **$0.00** |
| | | | Total (Use only on last page) > | | | | | |

_____1_____ continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

In re **Daniel Cole Cantrell**                                      Case No. ___**10-70010-HDH-13**___
      **Raynee Amber Cantrell**                                                      (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: **xx6952**<br><br>**City of Iowa Park/Iowa Park ISD/WC**<br>**c/o Harold Lerew**<br>**PO Box 8188**<br>**Wichita Falls, TX 76307-8188** | | C | DATE INCURRED:      **2009**<br>NATURE OF LIEN:<br>**Ad Valorem Property Taxes**<br>COLLATERAL:<br>**708 S Park, Iowa Park, Wichita Co, TX**<br>REMARKS:<br>**Taxes and insurance included in mortgage payment**<br><br><br>VALUE:                              **$1,384.78** | | | | $1,384.78 | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Sheet no. ____1____ of ____1____ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

|  | Subtotal (Total of this Page) > | $1,384.78 | $0.00 |
|---|---|---|---|
|  | Total (Use only on last page) > | $106,967.78 | $0.00 |
|  |  | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6E (Official Form 6E) (12/07)

In re **Daniel Cole Cantrell**          Case No.    **10-70010-HDH-13**
 **Raynee Amber Cantrell**                                (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☑ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____continuation sheets attached

B6E (Official Form 6E) (12/07) - Cont.

In re **Daniel Cole Cantrell**      Case No. **10-70010-HDH-13**
       **Raynee Amber Cantrell**                                        (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Administrative allowances |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Monte J. White & Associates**<br>**1106 Brook Ave**<br>**Wichita Falls TX 76301** | | C | DATE INCURRED: **12/07/2009**<br>CONSIDERATION:<br>**Attorney Fees**<br>REMARKS: | | | | $2,719.00 | $2,719.00 | $0.00 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Sheet no. \_\_\_\_**1**\_\_\_\_ of \_\_\_\_**1**\_\_\_\_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | Subtotals (Totals of this page) > | $2,719.00 | $2,719.00 | $0.00 |
|---|---|---|---|---|
| | Total ><br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $2,719.00 | | |
| | Totals ><br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $2,719.00 | $0.00 |

B6F (Official Form 6F) (12/07)

In re **Daniel Cole Cantrell**
     **Raynee Amber Cantrell**

Case No.  **10-70010-HDH-13**
           (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **A0RB** <br> **A-1 Collection Agency/Southwest Mem** <br> **715 Horizon Drive** <br> **Grand Junction, CO 81506** | | C | DATE INCURRED: **07/2004** <br> CONSIDERATION: <br> **Unsecured** <br> REMARKS: | | | | $1,123.00 |
| ACCT #: **xxx6510** <br> **Adv Ntwk Sys/Laplata Co County** <br> **215 Pitkin** <br> **Grand Junction, CO 81501** | | C | DATE INCURRED: <br> CONSIDERATION: <br> **Unsecured** <br> REMARKS: | | | | $656.00 |
| ACCT #: **8LF7** <br> **Agency Of Cr Cntrl/Colorado Imaging Asso** <br> **2014 S Pontiac Way** <br> **Denver, CO 80224** | | C | DATE INCURRED: **12/2003** <br> CONSIDERATION: <br> **Unsecured** <br> REMARKS: | | | | $27.00 |
| ACCT #: **xxx6022** <br> **Alllied Interstate/Direct Energy** <br> **PO Box 1954** <br> **Southgate, MI 48195-1954** | | C | DATE INCURRED: <br> CONSIDERATION: <br> **Collecting for -Direct Energy** <br> REMARKS: | | | | $622.31 |
| ACCT #: **xxxx-xxxx-xxxx-9227** <br> **Bank Of America** <br> **Po Box 17054** <br> **Wilmington, DE 19850** | | C | DATE INCURRED: **04/2003** <br> CONSIDERATION: <br> **Credit Card** <br> REMARKS: | | | | $8,086.00 |
| ACCT #: **xx5971** <br> **Cdi Affiliated Service/Mercy Med Durango** <br> **1451 N Hartman St** <br> **Boise, ID 83704** | | C | DATE INCURRED: **03/2007** <br> CONSIDERATION: <br> **Unsecured** <br> REMARKS: | | | | $25.00 |

Subtotal >      $10,539.31

Total >
(Use only on last page of the completed Schedule F.)

_____**3**_____ continuation sheets attached

(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Daniel Cole Cantrell**         Case No.   **10-70010-HDH-13**
       **Raynee Amber Cantrell**                                   (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: xxxxxxxxxxxx1673 <br> **Durango Credit & Coll/Giant Conoco** <br> **3050 Main Ave** <br> **Durango, CO 81301** | | C | DATE INCURRED: **12/2003** <br> CONSIDERATION: <br> **Unsecured** <br> REMARKS: | | | | **$56.00** |
| ACCT #: xxxxxxxxxxxxxxx/9036 <br> **Durango Credit & Coll/Mercy Medical Ctr** <br> **3050 Main Ave** <br> **Durango, CO 81301** | | C | DATE INCURRED: **10/2005** <br> CONSIDERATION: <br> **Unsecured** <br> REMARKS: | | | | **$2,535.00** |
| ACCT #: xxxxxxxxxxxx0998 <br> **Durango Credit & Coll/Radiology Associa** <br> **3050 Main Ave** <br> **Durango, CO 81301** | | C | DATE INCURRED: **05/2004** <br> CONSIDERATION: <br> **Unsecured** <br> REMARKS: | | | | **$241.00** |
| ACCT #: xxxxxxxxxxxx3607 <br> **Durango Credit & Coll/Richard Wilson DDS** <br> **3050 Main Ave** <br> **Durango, CO 81301** | | C | DATE INCURRED: **08/2005** <br> CONSIDERATION: <br> **Unsecured** <br> REMARKS: | | | | **$703.00** |
| ACCT #: xxxxxxxxxxxx1733 <br> **First Premier Bank** <br> **601 S Minnesota Ave** <br> **Sioux Falls, SD 57104** | | C | DATE INCURRED: **10/2009** <br> CONSIDERATION: <br> **Credit Card** <br> REMARKS: | | | | **$327.00** |
| ACCT #: xxxx-xxxx-xxxx-8245 <br> **First Premier Bank** <br> **601 S Minnesota Ave** <br> **Sioux Falls, SD 57104** | | C | DATE INCURRED: **03/2009** <br> CONSIDERATION: <br> **Credit Card** <br> REMARKS: | | | | **$245.00** |

Sheet no. _____1_____ of _____3_____ continuation sheets attached to             **Subtotal >**      **$4,107.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                           **Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Daniel Cole Cantrell**            Case No. **10-70010-HDH-13**
     **Raynee Amber Cantrell**                  (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: xxxxxxxxxxxx6268<br>**GEMB / HH Gregg**<br>**Attention: Bankruptcy**<br>**PO Box 103106**<br>**Roswell, GA 30076** | C | | DATE INCURRED: **01/2008**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | | | $973.00 |
| ACCT #: xxxxxxxxxxxx6435<br>**HSBC**<br>**HSBC Retail Services Attention: Bankru**<br>**PO Box 15522**<br>**Wilmington, DE 19850** | C | | DATE INCURRED: **03/2007**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | | | $6,005.00 |
| ACCT #: xxxxxxxx9516<br>**Kell West Regional Hospital**<br>**5420 Kell West Blvd**<br>**Wichita Falls, TX 76310** | C | | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | $600.00 |
| ACCT #: xxxxxxxxxx9516<br>**KTX Emergency Physicians**<br>**PO Box 98596**<br>**Las Vegas, NV 89193** | C | | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | $732.00 |
| ACCT #: xxxxxxxxxxxx5652<br>**Lowes / MBGA**<br>**Attention: Bankruptcy Department**<br>**PO Box 103106**<br>**Roswell, GA 30076** | C | | DATE INCURRED: **06/2007**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | | | $1,175.00 |
| ACCT #: xxxxxxxxxxxxxx/9949<br>**Nelnet Loan**<br>**Attn: Claims**<br>**PO Box 17460**<br>**Denver, CO 80217** | C | | DATE INCURRED: **07/2004**<br>CONSIDERATION:<br>**Educational**<br>REMARKS: | | | | $22,942.00 |

Sheet no. ____**2**____ of ____**3**____ continuation sheets attached to                **Subtotal >** | $32,427.00
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                       **Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Daniel Cole Cantrell**                          Case No.   **10-70010-HDH-13**

      **Raynee Amber Cantrell**                                  (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxxxx5522**<br>**San Juan Regional Medical Center**<br>**801 West Maple Street**<br>**Farmington, NM 87401** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | **$584.68** |
| ACCT #: **xxxx0453**<br>**TXU Energy**<br>**200 W John Carpenter Fwy**<br>**Irving, TX 75039** | | C | DATE INCURRED: **02/01/2003**<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | **$73.00** |
| ACCT #: **xxxxxx1148**<br>**Wfnnb/Maurices**<br>**PO Box 182273**<br>**Columbus, OH 43218** | | C | DATE INCURRED: **04/2001**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | | | **$792.00** |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Sheet no. \_\_\_\_**3**\_\_\_\_ of \_\_\_\_**3**\_\_\_\_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                          **Subtotal >**     **$1,449.68**

                                                       **Total >**     **$48,522.99**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re **Daniel Cole Cantrell**　　　　　　　　　　　　Case No. ___**10-70010-HDH-13**___
　　　**Raynee Amber Cantrell**　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐　Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **EZ Rent**<br>1717 9th Street<br>Wichita Falls, TX 76301 | Bedroom furniture and dryer<br>$88.77 bi weekly 18 months remaining<br>$192.34 monthly<br>Contract to be ASSUMED |

B6H (Official Form 6H) (12/07)

In re **Daniel Cole Cantrell**    Case No. **10-70010-HDH-13**
　　**Raynee Amber Cantrell**　　　　　　　　　　　　　　(if known)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

B6I (Official Form 6I) (12/07)

In re **Daniel Cole Cantrell**                                                    Case No.   __10-70010-HDH-13__
    **Raynee Amber Cantrell**                                                                        (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | Dependents of Debtor and Spouse | | | |
|---|---|---|---|---|
| **Married** | Relationship(s):  Son | Age(s): 2 | Relationship(s): | Age(s): |

| Employment: | Debtor | Spouse |
|---|---|---|
| Occupation | Plumber | Office & Billing |
| Name of Employer | Barnes Plumbing | Beyond Faith |
| How Long Employed | Beginning 5/6/2009 | Beginning 1/2010 |
| Address of Employer | | 3704 Kell Blvd |
| | | Wichita Falls, TX 76309 |

INCOME:  (Estimate of average or projected monthly income at time case filed)

| | | **DEBTOR** | **SPOUSE** |
|---|---|---|---|
| 1. | Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $1,663.50 | $0.00 |
| 2. | Estimate monthly overtime | $0.00 | $0.00 |
| 3. | SUBTOTAL | **$1,663.50** | **$0.00** |
| 4. | LESS PAYROLL DEDUCTIONS | | |
| | a. Payroll taxes (includes social security tax if b. is zero) | $25.33 | $0.00 |
| | b. Social Security Tax | $103.14 | $0.00 |
| | c. Medicare | $24.10 | $0.00 |
| | d. Insurance | $0.00 | $0.00 |
| | e. Union dues | $0.00 | $0.00 |
| | f. Retirement | $0.00 | $0.00 |
| | g. Other (Specify) _____ | $0.00 | $0.00 |
| | h. Other (Specify) _____ | $0.00 | $0.00 |
| | i. Other (Specify) _____ | $0.00 | $0.00 |
| | j. Other (Specify) _____ | $0.00 | $0.00 |
| | k. Other (Specify) _____ | $0.00 | $0.00 |
| 5. | SUBTOTAL OF PAYROLL DEDUCTIONS | **$152.57** | **$0.00** |
| 6. | TOTAL NET MONTHLY TAKE HOME PAY | **$1,510.93** | **$0.00** |
| 7. | Regular income from operation of business or profession or farm (Attach detailed stmt) | $0.00 | $0.00 |
| 8. | Income from real property | $0.00 | $0.00 |
| 9. | Interest and dividends | $0.00 | $0.00 |
| 10. | Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $0.00 | $0.00 |
| 11. | Social security or government assistance (Specify): _____ | $0.00 | $0.00 |
| 12. | Pension or retirement income | $0.00 | $0.00 |
| 13. | Other monthly income (Specify): | | |
| | a. _____ / new job-$12.00-80 hr pd bi weekly | $0.00 | $2,080.00 |
| | b. _____ | $0.00 | $0.00 |
| | c. _____ | $0.00 | $0.00 |
| 14. | SUBTOTAL OF LINES 7 THROUGH 13 | **$0.00** | **$2,080.00** |
| 15. | AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | **$1,510.93** | **$2,080.00** |
| 16. | COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | **$3,590.93** | |

(Report also on Summary of Schedules and, if applicable,
on Statistical Summary of Certain Liabilities and Related Data)

17.  Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**Debtor-Sch I based on average past 6 mths. Joint Debtor -last day working 12/28/2009**
**Jt Debtor Sch I based on $12.00 per hr 80 per pay period  $2080.00 mthly  paid bi weekly**

B6J (Official Form 6J) (12/07)

IN RE: **Daniel Cole Cantrell**
 **Raynee Amber Cantrell**

Case No. **10-70010-HDH-13**
(if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $654.32 |
|    a. Are real estate taxes included? ☑ Yes ☐ No | |
|    b. Is property insurance included? ☑ Yes ☐ No | |
| 2. Utilities: a. Electricity and heating fuel | $200.00 |
|          b. Water and sewer | $52.79 |
|          c. Telephone | $100.00 |
|          d. Other: | |
| 3. Home maintenance (repairs and upkeep) | |
| 4. Food | $500.00 |
| 5. Clothing | $30.00 |
| 6. Laundry and dry cleaning | |
| 7. Medical and dental expenses | $150.00 |
| 8. Transportation (not including car payments) | $193.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | |
| 10. Charitable contributions | |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|         a. Homeowner's or renter's | |
|         b. Life | |
|         c. Health | |
|         d. Auto | $211.00 |
|         e. Other: | |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
| Specify: | |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|         a. Auto: Animas CU-2003 Escalade | $484.48 |
|         b. Other: EZ Rent | $192.34 |
|         c. Other: | |
|         d. Other: | |
| 14. Alimony, maintenance, and support paid to others: | |
| 15. Payments for support of add'l dependents not living at your home: | |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | |
| 17.a. Other: Child Care | $346.00 |
| 17.b. Other: | |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | **$3,113.93** |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document: **None.**

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $3,590.93 |
| b. Average monthly expenses from Line 18 above | $3,113.93 |
| c. Monthly net income (a. minus b.) | $477.00 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

IN RE: **Daniel Cole Cantrell**
**Raynee Amber Cantrell**

CASE NO. **10-70010-HDH-13**

CHAPTER **13**

**Attorney's Affidavit**

---

" I hereby certify that to the best of my knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, that:

It is not being presented for any improper purpose, such as to harass or to cause unnecessary delay or needless increase in the cost of litigation;
The claims, defenses, and other legal contentions therein are warranted by existing law or by a non-frivolous argument for the extension, modification, or reversal of existing law or the establishment of new law;
The allegations and other factual contentions have evidentiary support or, if specifically so identified, are likely to have evidentiary support after a reasonable opportunity for further investigation or discovery; and
The denials of factual contentions are warranted on the evidence or, if specifically so identified, are reasonably based on a lack of information of belief.
All of the above statements made in this Affidavit are true and correct to the best of my knowledge and belief."

/s/Monte J. White
Monte J. White & Associates