Walter O'Cheskey  
Chapter 13 Trustee  
6308 Iola Avenue   Lubbock, TX 79424  
(806) 748-1980 Phone    (806) 748-1956 Fax

IN THE UNITED STATES BANKRUPTCY COURT  
NORTHERN DISTRICT OF TEXAS  
WICHITA FALLS DIVISION

DANIEL COLE CANTRELL & RAYNEE AMBER CANTRELL

CASE NO. 10-70010-HDH-13

AKA1:                              AKA2:  RAYNEE AMBER MCLAUGHLIN  
DBA1:                              DBA2:  
SS#1: xxx-xx- 3930                 SS#2: xxx-xx- 2832

## REPORT OF 341 MEETING

I. 341 MEETING REPORT:

  A. Orig. Date:  2/9/2010   Orig. Time:  12:00 PM      Reset Date:             Reset Time:

  B. Meeting Results:   Adjourned

  C. Debtor(s):   Debtor 1 Appeared        Debtor 2 Appeared

  D. Attorney for Debtor(s):   Appeared

  E. Creditor Appearance:   None

  F. Amount Paid to the Trustee as of   2/9/2010   $477.00    First Payment Due Date:   2/13/2010

  G. File Trustee's Motion to Dismiss because

  H. B22C Information:    B22C Form is:   Complete

   Budgeted Income:   $3,590.93    Expense:   $3,113.93    Surplus:   $477.00

   Plan Payment:   $477.00 Monthly                          Plan Term(Months):   54

  I. Value of Non-Exempt Property:   $0.00   Proposed Amount to Unsecured Creditors:   $0.00

   Objection to Exemption of:

   ___ Repeat Filing (If case dismissed, it should be with prejudice)  Previous Case Numbers:

   ___ Object to Invoke Stay Pleading

   ___ Case Converted from Chapter 7, Bar Date Set:   5/10/2010   Date Converted from Chapter 7:

  J. Required Information:   Good

  K. Business Information:

  L. Object to Confirmation:   No

   FYI: Plan term will be extended to cover need $26,800

  M. Financial Management Class:   Debtor 1 Appeared        Debtor 2 Appeared

  N. Eligibility:

   Certificate of Credit Counseling Filed:   Both Debtor 1 and Debtor 2

   Credit Counseling Provider Approved:              Yes

   Debt Limits Exceeded (Secured-$1,010,650; Unsecured-$336,900):   No

  O. Domestic Support Obligation:   $0.00   Current:        Arrears:   $0.00

   Affidavit and Disclosure of Domestic Support Obligations Received:   Yes

  P. Remarks:   *************Received pay stub 2/8/10 so everything is fine as it is. Thank You.***************  
         Questions  
           -Sch I fails to include all income.  
             -Mrs still $12/hr, 40hrs/wk?  
           -Trustee requests Mrs pay stubs from new job to verify Sch I  
             -Beyond Faith rcvd 1st stub 1/15/10 w/incomplete hours.  
             -Might or might not request pay stubs, will determine at 341, probably OK.  
         Objections  
           -Sch I fails to include all income -- corrected  
           -Trustee requests Mrs pay stubs from new job to verify Sch I -- corrected  
           -Failure to include all disposable income -- corrected  
           -Plan term will be extended to cover need $26,800

Dated:   2/9/2010                              /s/ Walter O'Cheskey

Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue  Lubbock, TX 79424
(806) 748-1980 Phone    (806) 748-1956 Fax

Standing Bankruptcy Trustee
By:        Brent Hagen

Case 10-70010-hdh13    Doc 21    Filed 02/09/10    Entered 02/09/10 14:07:36    Desc
Page 2 of 4

Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue  Lubbock, TX 79424
(806) 748-1980 Phone    (806) 748-1956 Fax

Standing Bankruptcy Trustee
By:        Brent Hagen

| Case Number: | 10-70010 |
|---|---|
| Debtor: | Cantrell |
| Attorney: | MJW |
| Presiding Officer: | Brent Hagan |
| Calculation Date: | 2/9/2010 9:40 |

| Domestic Support   Input name from Plan | Arrears Enter amount from Plan | Int. Rate Enter from Plan | Term Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |

| Secured Creditor/Collateral Input name from Plan | Value/Claim Amount Enter amount from Plan | Int. Rate Enter from Plan | Term Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| Capital One | $18,222.43 | 7.00% | 54 | $394.36 | $21,295.55 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |

| Priority Creditor   Input name from Plan | Value/Claim Amount Enter amount from Plan | | Term Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |

| | | |
|---|---|---|
| **Attorney Fees**   Paid Through the Plan | $2,719.00 | $2,719.00 |
| **Noticing Fees** | $97.76 | $97.76 |
| **Clerk Filing Fees** | $0.00 | $0.00 |

| | | | |
|---|---|---|---|
| **Hardacre Minimum** | $0.00 | <-------------- | |
| Chapter 7 Minimum (Gross) | $0.00 | | |
|   Less Trustee Fees | $0.00 | | |
|   Less Attorney Fees | $2,719.00 | | |
|   Less Noticing Fees | $97.76 | Greater Of ---------> | $0.00 |
|   Less Clerk Filing Fees | $0.00 | | |
|   Less Scheduled Priority Claims | $0.00 | | |
|   Less Other (Explain Below) | $0.00 | | |
| **Chapter 7 Minimum (Net)** | $0.00 | <-------------- | |

| | |
|---|---|
| **Total Scheduled General Unsecured Claims (Limits Greater of Hardacre or Chapter 7 Minimum)** | $48,522.99 |
| Calculated Base (Admin, Secured, Priority, DSO, Lower of Minimum or Sched U/S & Trustee Fee) | $26,780.60 |
| **Debtor Plan Base (Monthly Payment X Term)** | $25,758.00 |
| **Surplus (Debtor Plan Base - Calculated Base)** | **-$1,022.60** |

**Comments:**

Version 1.03 Last Revised: 7/31/2008

| | | |
|---|---|---|
| **Case Number:** | | 0 |
| **Debtor:** | | 0 |
| **Attorney:** | | 0 |
| **Presiding Officer:** | | 0 |
| **Calculation Date:** | | **2/9/2010 9:40** |
| | | |
| **Schedule I Gross Income** | | $0.00 |
| **Less Line 57 B22C** | | $0.00 |
| | | |
| **Adjustments (Enter as positive to add, negative to subtract)** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Adjustment out | | $0.00 |
| | | |
| **Month Disposable Income Available** | | $0.00 |
| **Multiplier** | | 60 |
| **Minimum to Unsecureds** | | **$0.00** |

**Comments:**

Version 1.02 Last Revised: 11/26/2007