

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed August 21, 2013**

_____
**United States Bankruptcy Judge**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### WICHITA FALLS DIVISION

| | |
|---|---|
| IN RE: § | |
| DANIEL COLE CANTRELL AND RAYNEE § | |
| AMBER CANTRELL § | |
|     DEBTOR § | |
| § | CASE NO. 10-70010 |
| LAKEVIEW LOAN SERVICING, LLC, ITS § | |
| ASSIGNEES AND/OR SUCCESSORS, BY AND § | |
| THROUGH ITS SERVICING AGENT M&T § | |
| BANK, ITS ASSIGNEES AND/OR § | |
| SUCCESSORS § | CHAPTER 13 |
|     MOVANT § | |
| § | |
| VS. § | |
| § | |
| DANIEL COLE CANTRELL AND RAYNEE | |
| AMBER CANTRELL | |
|     DEBTOR | |
| AND WALTER O'CHESKEY, TRUSTEE | |
|     RESPONDENTS | |

### AGREED ORDER MODIFYING STAY

CAME ON before the Court for consideration the Motion for Relief from Automatic Stay of Act Against Property filed by LAKEVIEW LOAN SERVICING, LLC, ITS ASSIGNEES AND/OR SUCCESSORS, BY AND THROUGH ITS SERVICING AGENT M&T BANK, and Debtor's response. Movant and Debtors both requests the Court conditionally modify the Automatic Stay of 11 U.S.C. §362 as

follows:

The parties stipulate that on October 7, 2009, Daniel Cole Cantrell and Raynee Amber Cantrell, executed a Note, hereinafter referred to as the ("Note"), in the original principal amount of $74,132.00, payable to the order of Allied Home Mortgage Capital Corporation, a Texas Corporation. Movant is currently the owner of the Note. Concurrently with the execution of the Note, the Debtors executed a Security Instrument ("Security Instrument") securing repayment of the Note encumbering the Property described below.

The parties further stipulate that the amount of the post-petition arrearage due on the Note, through and including the August 1, 2013 post-petition payment, including late charges, attorney's fees and costs is $11,145.04, hereinafter referred to as the ("Arrearage") and detailed as follows:

| | | |
|---|---|---|
| 10 Payments | @ $651.29/ea (May 2012 – February 2013) | $ 6,512.90 |
| 6 Payments | @ $665.03/ea (March 2013 – August 2013) | $ 3,990.18 |
| | LESS Suspense | $        8.04- |
| Attorney Fees | | $    650.00 |
| Total | | $11,145.04 |

IT IS THEREFORE ORDERED that, pursuant to the terms of the Note, Debtors shall disburse directly to Movant, timely when due, each monthly installment that becomes due on or after the first day of September, 2013. The monthly payment in regard to the Note is currently in the amount of $665.03 (principal and interest, escrowed taxes & insurance). This amount is subject to change according to the terms of the Note and Security Instrument.

IT IS FURTHER ORDERED that the Debtors shall amend or modify the Chapter 13 Plan within 30 days of entry of this Order, to include the post-petition Arrearage to be paid through Debtors' Amended Chapter 13 Plan. If the Debtors' Chapter 13 Plan is not amended within 30 days of this Order to include the Arrearage, the Automatic Stay of 11 U.S.C. §362 shall be ordered lifted with respect to Movant without further notice to Debtors.

ORDERED that Debtors shall make all Trustee payments according to the Plan. Debtors shall keep all Trustee payments current.

ORDERED that Debtor shall have 30 days from August 21, 2013, to provide proof of disputed payments. Proof shall consist of a copy of the front and back of a negotiable instrument that has been paid

to Movant by the institution on which it has been drawn and has not been credited by Movant to Debtor's account. If said proof is provided by then, M&T Bank shall credit Debtor account with said payments.

ORDERED that the above-referenced mortgage installments shall be made to the mortgage company at the following address:

> M & T Bank
> P. O. Box 62182
> Baltimore, MD 21264

> (Please put loan number on payment and send payment via certified mail return receipt requested so that your payment can be tracked)

ORDERED that if Debtors default on any of the terms of this Order concerning monthly mortgage payments, Movant shall mail notice of the default to Debtors by certified mail, return receipt requested, and by regular mail. Movant is entitled to charge and collect $50.00 in attorney's fees plus costs for the Notice of Default. Unless Debtors cure the default within ten (10) days of the date Movant mails the notice, the Automatic Stay of 11 U.S.C. §362 shall be and is hereby ordered lifted with respect to Movant, its assignees and/or successors in interest. Debtors are only entitled to two notices of default. Upon the third default by the Debtors to remit any of the payments referenced above or the failure of the Debtors to timely cure the first or second notice of default, the Automatic Stay of 11 U.S.C. §362 shall be ordered lifted with respect to Movant without further notice to Debtor. If Debtors default under the terms of this Order and the automatic stay is lifted, Movant, and its assignees and/or successors in interest, shall be excepted from the Automatic Stay and authorized to enforce its lien and to pursue its statutory and contractual remedies to gain possession of the following described real property:

> **LOT NO. SEVEN A (7-A), BLOCK NO. ONE HUNDRED FIFTY-SEVEN (157), REPLAT OF LOTS 1-8 & 17-24, ORIGINAL TOWNSITE OF IOWA PARK, WICHITA COUNTY, TEXAS, ACCORDING TO THE PLAT RECORDED IN VOLUME 24, PAGE 66, WICHITA COUNTY PLAT RECORDS.**

Also known as: 708 S Park Avenue, Iowa Park, TX 76367.

ORDERED that in the event this case is converted to a case under a different Chapter of the Bankruptcy Code, the automatic stay shall lift as to Movant, as long as the Property is exempt, and any and all arrearages owed to Movant by Debtors shall become immediately due and payable.

ORDERED that Movant shall give notice to the Trustee immediately upon foreclosure and that Movant shall amend or withdraw its claim herein within twenty (20) days after foreclosure.

ORDERED that in the event this case is dismissed, this Order shall be deemed null and void and neither party shall be bound by its terms.

ORDERED that, upon termination of the automatic stay for any reason whatsoever, the requirements of Rule 4001(a)(3) shall be waived.

Otherwise, the Automatic Stay of 11 U.S.C. §362 shall remain in effect.

# END OF ORDER #

\*       The signature of Movant's counsel shown below is an affirmative representation to the Court that Movant has complied with Bankruptcy Rule Number 4001.

APPROVED AS TO FORM AND SUBSTANCE:

MCCARTHY, HOLTHUS & ACKERMAN, LLP


_/s/ Lance J. Erickson_
Cole D. Patton
TX State Bar No. 24037247
Lance J. Erickson
TX State Bar No. 24072509
1255 West 15th Street, Suite 1060
Plano, TX  75075
Phone: (214) 291-3800
Fax:     (214) 291-3801
ATTORNEYS FOR MOVANT


MONTE J. WHITE & ASSOCIATES, P.C.

_____

TX State Bar No. _____
5646 Milton Street, Suite 120
Dallas, TX  75206
(214) 265-0123 Telephone
(214) 265-1979 Fax
ATTORNEY FOR DEBTOR(S)



CHAPTER 13 TRUSTEE



 /s/ Marc McBeath
WALTER O'CHESKEY
TX STATE BAR NO. _____
6308 IOLA AVENUE
LUBBOCK, TX 79424
(806) 748-1980 TELEPHONE

\*   The signature of Movant's counsel shown below is an affirmative representation to the Court that Movant has complied with Bankruptcy Rule Number 4001.

APPROVED AS TO FORM AND SUBSTANCE:

MCCARTHY, HOLTHUS & ACKERMAN, LLP

_/s/ Lance J. Erickson_
Cole D. Patton
TX State Bar No. 24037247
Lance J. Erickson
TX State Bar No. 24072509
1255 West 15th Street, Suite 1060
Plano, TX 75075
Phone: (214) 291-3800
Fax:    (214) 291-3801
ATTORNEYS FOR MOVANT


MONTE J. WHITE & ASSOCIATES, P.C.

*[signature]*

TX State Bar No. 00785232
5646 Milton Street, Suite 120
Dallas, TX 75206
(214) 265-0123 Telephone
(214) 265-1979 Fax
ATTORNEY FOR DEBTOR(S)


CHAPTER 13 TRUSTEE                    X _[signature]_

WALTER O'CHESKEY
TX STATE BAR NO. _____
6308 IOLA AVENUE
LUBBOCK, TX 79424
(806) 748-1980 TELEPHONE