Monte J. White & Associates, PC
Monte J. White
1106 Brook Ave, Hamilton Place
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096 FAX

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| IN RE: | § CASE NO. 10-70010-HDH-13 |
| | § |
| Daniel Cole Cantrell | § |
| and | § JUDGE HARLIN D. HALE |
| Raynee Amber Cantrell | § |
| | § HEARING DATE: 10/16/2013 |
| DEBTORS | § HEARING TIME: 10:00 A.M. |

NOTICE OF HEARING, PRE-HEARING CONFERENCE
AND ATTACHED MODIFICATION OF PLAN AFTER CONFIRMATION

NOTICE OF HEARING

On 10/16/2013, which is at least twenty-eight (28) days from the date of service hereof, at 10:00 o'clock A.M. a HEARING on the above and foregoing "Modification of Plan After Confirmation" will be held before the Bankruptcy Judge in Room 222, U.S. Courthouse, 10TH AND LAMAR Street, WICHITA FALLS, Texas. Creditors are not required to attend unless they have objections to the Modification.

NOTICE OF PRE-HEARING CONFERENCE

A PRE-HEARING CONFERENCE will be held by the Trustee at 8:30 o'clock A.M. prior to the above hearing time at the following location 10TH AND LAMAR STREET, WICHITA FALLS, TEXAS. Hearings on Motions to Modify Plans with objections not resolved at the PRE-HEARING CONFERENCE will be heard by the Court at the scheduled Hearing time.

NOTICE is hereby given that pursuant to 11 USC 1329 the attached "Modification of Plan" dated 08/27/2013, will be approved by the Court as the Debtor(s) Modified Chapter 13 Plan Unless a party in interest files a written "Objection to the Modification" within twenty-one (21) days of service hereof, and the Debtor has made any subsequent payments required under the Modified Plan. An "Objection to Modification" shall be made in writing to the following: U.S. Bankruptcy Court, Clerks Office, 1100 Commerce Street Room 12A24, Dallas, TX 75242, with copies sent to Walter O'Cheskey, Chapter 13 Trustee, 6308 Iola, Lubbock, TX, 79424 and Debtor(s) Attorney at the above address.

Monte J. White & Associates, P.C.
Monte J. White
1106 Brook Ave, Hamilton Place
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096 FAX

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

IN RE:
Daniel Cole Cantrell                  § CASE NO. 10-70010-HDH-13
 and                                  §
 Raynee Amber Cantrell                § HEARING DATE: 10/16/2013
DEBTOR(s)                             § HEARING TIME: 10:00 A.M.

SECOND MODIFICATION OF CHAPTER 13 PLAN AFTER CONFIRMATION

DATE: 08/27/2013

Pursuant to 11 USC 1329, the Debtor(s) (per the undersigned attorney) or the Standing Chapter 13 Trustee, requests the following Modification of Debtor(s) Confirmed Plan herein:

I. HISTORY OF THE CASE

1. Date Case Filed: 1/14/2010

2. Date of Section 341 Meeting: 2/9/2010

3. First Payment Date: 2/13/2010

4. Date of Confirmation: 3/17/2010

5. Total Plan Term Prior to this Modification: 60

6. Number of Months from First Payment Date through month prior to estimated month of Modification Approval:   44

7. Remaining Plan Term (subtract item 6 from the lesser of item 5 or 60 months): 16

8. Amount of Arrears through the month prior to the date the Modification is filed: NONE

9. Date plan payments are to resume: 10/13/2013

10. Total Payments Paid to the Trustee through the month prior to the date the Modification is filed with the clerk: $17,593.00

11. Total payments due to the Trustee through the month prior to the date the Modification is filed with the clerk:  $17,591.00

12. Total Payments Due to the Trustee from the month the Modification is filed to the month the Modification is set for approval: $356.00

13. List Dates of any Prior Orders Modifying, Interlocutory Orders, or Special Supervision Orders:

TRCC 10/6/2010; First Modification 6/18/2012

## II. MODIFICATION REQUESTED
(CHECK 1 OR MORE OF THE FOLLOWING 4 CHOICES)

   x        INCREASE monthly payment from $179.00 per month to $900.00 per month (must coincide with resume date shown in item 9 above)

Any arrears indicated in item 8 above shall be cured by the following method: N/A

## III. RESUMPTION OF PAYMENTS TO THE TRUSTEE
(All information below must be complete)

Payments can only change as of the month the modification is approved. Payments to the Trustee in the amount of $900.00 will resume on or before 10/13/2013 for 16 months (item 7 above) remaining in the Modified Plan as of the date the modification is approved.

Base amount will change from $20,813.00 to $32,349.00

If the base amount has changed complete the following:

1. Total Paid in as of the month prior
to Modification Approval:                                   $17,949.00

2. (+)Plus Total Payments to be made
through the Remainder of Plan:                          $14,400.00
(Making up any arrears in item 9 above)

3. (=) New Base Amount                                     $32,349.00

## IV. TREATMENT OF UNSECURED CREDITORS

Unsecured creditors are not guaranteed a dividend when a plan is confirmed. See general order 2007-2. Allowed general unsecured claims may receive a pro-rata share of the unsecured creditors' pool, but not less than the section 1325(a)(4) amount of non-exempt property less allowed administrative and priority claims, after the TRCC becomes final. A proof of claim must be timely filed to be allowed.

X The unsecured creditor pool remains $0.

## V. SECURED, PRIORITY OR SPECIAL CLASS TREATMENT

ADD/DELETE/SURRENDER/CHANGE the following Secured, Priority or Special Class Unsecured Creditor(s):

C/D;A=ADD;D = DELETE; S = SURRENDER; CF = CHANGE FROM; CT = CHANGE TO

| A | S-Lakeview Loan Servicing | Post-petition mortgage arrears | $11,145.04 | $696.57 per month |

Note:  Changes to any creditors above shall not be effective until the Modification is approved.

VI.  ATTORNEY FEES

Debtor's attorney shall be allowed an additional fee for this Modification in the total amount of $350.00 plus $50.00 in costs, of which $400.00 will be paid through the Plan by the Trustee;

VII.  REASON FOR MODIFICATION

   This modification is requested for the following reason(s):  Per Agreed Order entered with the Court on 8/21/2013.

VIII.  BUDGET INFORMATION

     At the time of filing this modification the debtor shall provide a filed marked copy of the current budget (schedules I & J) and the three most recent pay stubs to the Trustee.

N/A

                              Respectfully submitted,

                              /s/Monte J. White
                              Attorney for Debtor(s)

CERTIFICATE OF SERVICE

   I certify that a true copy of the above and foregoing Modification of Plan after Confirmation, Notice of Hearing and Pre-Hearing Conference has been served by me on 08/27/2013, on all parties on the attached matrix, by United States First Class Mail, proper postage affixed.


                              /s/Monte J. White
                              Attorney for Debtor(s)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0539-7<br>Case 10-70010-hdh13<br>Northern District of Texas<br>Wichita Falls<br>Tue Aug 27 16:21:47 CDT 2013 | United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-0996 | 1100 Commerce Street<br>Room 1254<br>Dallas, TX 75242-1305 |
| A-1 Collection Agency-Southwest Mem<br>715 Horizon Drive<br>Grand Junction, CO 81506-8700 | Adv Ntwk Sys-Laplata Co County<br>215 Pitkin<br>Grand Junction, CO 81501-7805 | Agency Of Cr Cntrl-Colorado Imaging Asso<br>2014 S Pontiac Way<br>Denver, CO 80224-2412 |
| Allied Home Mortgage<br>1 Corporate Center Drive, Suite 360<br>Lake Zurich, IL 60047 | Allied Home Mortgage Capital Corp<br>PO Box 660592<br>Dallas, TX 75266-0592 | Alllied Interstate-Direct Energy<br>PO Box 1954<br>Southgate, MI 48195-0954 |
| American Infosource Lp As Agent for<br>World Financial Network National Bank As<br>Maurices<br>PO Box 248872<br>Oklahoma City, OK 73124-8872 | Animas Credit Union<br>850 Municipal Driv<br>Farmington, NM 87401-2663 | Bank Of America<br>Po Box 17054<br>Wilmington, DE 19850-7054 |
| Capital One Auto Finance<br>3905 N. DALLAS PARKWAY<br>PLANO, TX 75093-7892 | Capital One Auto Finance<br>3901 N Dallas Pkwy<br>Plano, TX 75093-7864 | Capital One Auto Finance, CO Ascension Capit<br>P.O. Box 201347<br>Arlington, TX 76006-1347 |
| Capital One, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite No. 200<br>Tucson, AZ 85712-1097 | Cdi Affiliated Service-Mercy Med Durango<br>1451 N Hartman St<br>Boise, ID 83704-8849 | City of Iowa Park-Iowa Park ISD-WC<br>CO Harold Lerew<br>PO Box 8188<br>Wichita Falls, TX 76307-8188 |
| Direct Energy<br>P.O. Box 180<br>Tulsa, OK 74101-0180 | Durango Credit & Coll-Giant Conoco<br>3050 Main Ave<br>Durango, CO 81301-4245 | Durango Credit & Coll-Mercy Medical Ctr<br>3050 Main Ave<br>Durango, CO 81301-4245 |
| Durango Credit & Coll-Radiology Associa<br>3050 Main Ave<br>Durango, CO 81301-4245 | Durango Credit & Coll-Richard Wilson DDS<br>3050 Main Ave<br>Durango, CO 81301-4245 | EZ Rent<br>1717 9th Street<br>Wichita Falls, TX 76301-5002 |
| FIA Card Services aka Bank of America<br>POB 3001<br>Malvern, PA 19355-0701 | First Premier Bank<br>601 S Minnesota Ave<br>Sioux Falls, SD 57104-4868 | GE Consumer Finance<br>For GE Money Bank<br>dba DISCOUNT TIRE-GEMB<br>PO Box 960061<br>Orlando FL 32896-0661 |
| GEMB - HH Gregg<br>Attention: Bankruptcy<br>PO Box 103106<br>Roswell, GA 30076-9106 | (p)HSBC BANK<br>ATTN BANKRUPTCY DEPARTMENT<br>PO BOX 5213<br>CAROL STREAM IL 60197-5213 | HSBC Bank Nevada, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd., Suite No. 200<br>Tucson, AZ 85712-1097 |

```
IOWA PARK CITY & ISD                    (p)INTERNAL REVENUE SERVICE           KTX Emergency Physicians
CO PERDUE BRANDON FIELDER COLLINS & MOT CENTRALIZED INSOLVENCY OPERATIONS      PO Box 98596
PO BOX 8188                             PO BOX 7346                            Las Vegas, NV 89193-8596
WICHITA FALLS TX 76307-8188             PHILADELPHIA PA 19101-7346


Kell West Regional Hospital             Lakeview Loan Servicing                Lowes - MBGA
5420 Kell West Blvd                     CO M & T Bank                          Attention:  Bankruptcy Department
Wichita Falls, TX 76310                 PO Box 840                             PO Box 103106
                                        Buffalo, NY 14240-0840                 Roswell, GA 30076-9106


(p)M&T BANK                             Monte J. White & Associates            Nelnet Loan
LEGAL DOCUMENT PROCESSING               1106 Brook Ave                         Attn: Claims
1100 WHERLE DRIVE                       Wichita Falls TX 76301-5009            PO Box 17460
WILLIAMSVILLE NY 14221-7748                                                    Denver, CO 80217-0460


Nelnet on behalf of COAC                PRA Receivables Management LLC         PRA Receivables Management, LLC
College Access Network                  PO Box 41067                           As Agent Of Portfolio Recovery Assocs.
1560 Broadway Suite 1700                Norfolk, VA 23541-1067                 CO Lowes
Denver CO 80202-5159                                                           POB 41067
                                                                               NORFOLK VA 23541-1067


PRA Receivables Management, LLC         (p)PORTFOLIO RECOVERY ASSOCIATES LLC   Premier Bankcard-Charter
As Agent Of Portfolio Recovery Assocs.  PO BOX 41067                           P.O. Box 2208
CO Southwestern Bell Telephone          NORFOLK VA 23541-1067                  Vacaville, CA 95696-8208
POB 41067
NORFOLK VA 23541-1067


San Juan Regional Medical Center        (p)TXU ENERGY RETAIL COMPANY LP        WICHITA COUNTY
801 West Maple Street                   CO BANKRUPTCY DEPARTMENT               CO PERDUE BRANDON FIELDER COLLINS & MOT
Farmington, NM 87401-5630               PO BOX 650393                          PO BOX 8188
                                        DALLAS TX 75265-0393                   WICHITA FALLS TX 76307-8188


Wfnnb-Maurices                          eCAST Settlement Corporation           Daniel Cole Cantrell
PO Box 182273                           CO Bass & Associates, P.C.             708 S Park Ave
Columbus, OH 43218-2273                 3936 E Ft. Lowell, Suite 200           Iowa Park, TX 76367-2635
                                        TUCSON, AZ 85712-1083


Monte J. White                          Raynee Amber Cantrell                  Walter 12,13 OCheskey
Monte J. White & Associates, P.C.       708 S Park Ave                         6308 Iola Avenue
1106 Brook Avenue                       Iowa Park, TX 76367-2635               Lubbock, TX 79424-2735
Hamilton Place
Wichita Falls, TX 76301-5009



              The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
              by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).



HSBC                                    IRS Special Procedures                 M & T Bank
HSBC Retail Services  Attention: Bankru 1100 Commerce St., Room 951            PO Box 62182
PO Box 15522                            Mail Stop 5029 DAL                     Baltimore, MD 21264
Wilmington, DE 19850                    Dallas, TX 75246
```

```
Portfolio Recovery Associates, LLC     TXU Energy
PO Box 41067                           200 W John Carpenter Fwy
Norfolk VA  23541                      Irving, TX 75039
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Allied Home Mortgage Corporation    (d)Capital One Auto Finance        (d)Capital One, N.A.
1 Corporate Center Drive, Suite 360    3905 N. Dallas Parkway             Bass & Associates, P.C.
Lake Zurich, IL 60047                  Plano, TX 75093-7892               3936 E. Ft. Lowell Road, Suite No. 200
                                                                          Tucson, AZ 85712-1097


(u)HSBC Bank Nevada, N.A.              (d)eCAST Settlement Corporation    End of Label Matrix
                                       CO Bass & Associates, P.C.         Mailable recipients   53
                                       3936 E Ft. Lowell, Suite 200       Bypassed recipients    5
                                       Tucson,  AZ 85712-1083             Total                 58
```